UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |  |
|---|---|---|
| Jeanie Rhoads | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 4:22-cv-01196-SEP |
| | ) | |
| | ) | |
| Webster University | ) | |
| | ) | |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:

---

**Option 1**

❑　　The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

---

**Option 2**

☒　　An ADR conference was held on: ___**August 15, 2023_**. All required individuals, parties,

counsel of record, corporate representatives, and/or claims

professionals attended and participated in the ADR conference in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____N/A_____.

The ADR referral was concluded on_August 15, 2023__. The parties [❑ did ☒ X **did not**] achieve a settlement.　　***Check One***

---

**Option 3**

❑　　Although this case was referred to ADR, a conference WAS NOT HELD.

---

Date _9/2/23_　　Neutral _____