IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEANIE RHOADS | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:22-cv-01196 |
| vs. | ) |
| | ) |
| WEBSTER UNIVERSITY | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S CONSENT MOTION TO AMEND PLEADINGS

COMES NOW Plaintiff, through her respective counsel, and moves the Court for its Order to allow Plaintiff to amend her original petition.

1. Plaintiff filed her original petition in state court on November 3, 2022. The case was removed to this court on November 10, 2022.

2. Pursuant to Rule 15(2), Plaintiff has conferred with Defendant and obtained written consent to amend their pleadings, as exhibited by Defendant's counsel's electronic signatures below.

WHEREFORE, Plaintiff respectfully request an Order allowing Plaintiff to amend her petition.

| QUARLES & BRADY, LLP | WHITE, GRAHAM, BUCKLEY, & CARR L.L.C. |
|---|---|
| By: /s/ Camille L. Roe | By: /s/ Gene P. Graham, Jr. |
| TRAVIS R. KEARBY  58964 | GENE P. GRAHAM, JR.  34950 |
| CAMILLE L. ROE  65142 | DEBORAH J. BLAKELY  47138 |
| 300 N. LaSalle St, Ste 4000 | TAYLOR ARRI  72685 |
| Chicago, IL 60654 | 19049 E. Valley View Pkwy, Suite C |
| Tel: 312-715-2731 | Independence, Missouri 64055 |
| Email: travis.kearby@quarles.com | Tel: 816-373-9080  Fax: 816-373-9319 |
| Email: Camille.roe@quarles.com | Email: ggraham@wagblaw.com |
| | Email: dblakely@waglaw.com |
| | Email: tarri@wagblaw.com |

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed via the Court's ECF on this 6th day of September, 2023 which sent notification to all counsel of record.

/s/ Taylor M. Arri