UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JEANIE RHOADS,<br><br>        Plaintiff,<br><br>vs.<br><br>WEBSTER UNIVERSITY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 4:22-cv-001196-SEP<br>)<br>)<br>)<br>) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Jeanie Rhoads, and Defendant, Webster University (collectively, the "Parties"), respectfully notify the Court that the Parties have agreed in principle to settle the above-captioned matter on confidential terms. Counsel for the parties are in the process of finalizing the Settlement Agreement and Stipulated Dismissal ("Stipulation"). The parties intend to file the Stipulation as soon as practicable but respectfully request that the parties be given thirty (30) days to file the said Stipulation. Accordingly, the Parties respectfully request that the Court vacate all remaining deadlines in this case and set a deadline of December 1, 2025 for the Parties to file a Joint Stipulation of Dismissal.

Respectfully submitted,

<table>
<tr><td>

WHITE, GRAHAM, BUCKLEY, & CARR L.L.C.

By: /s/ *Taylor M. Arri*
Gene P. Graham         #34950
Deborah J. Blakely      #47138
Taylor Arri                    #72685
19049 E. Valley View Pkwy, Suite C
Independence, Missouri 64055
Tel:  816-373-9080   Fax: 816-373-9319
Email: ggraham@wagblaw.com
Email: dblakely@waglaw.com
Email: tarri@wagblaw.com

***ATTORNEYS FOR PLAINTIFF***

</td><td>

QUARLES & BRADY LLP

By: */s/ Camille L. Roe*
Travis R. Kearbey, #58964
Camille L. Roe, #65142
8235 Forsyth Blvd., 10th Floor
Clayton, MO 63105
Phone: (312) 715-2731
travis.kearbey@quarles.com
Camille.Roe@quarles.com

Johanna Wilbert, *Pro Hac Vice*
411 East Wisconsin Avenue, Suite 2400
Milwaukee WI  53202
Phone:  (414) 277-5000
Johanna.Wilbert@quarles.com

***ATTORNEYS FOR WEBSTER UNIVERSITY***

</td></tr>
</table>

**CERTIFICATE OF SERVICE**

I certify that on October 31, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

                                      */s/ Camille L. Roe*
                                      ATTORNEY FOR DEFENDANT