IN THE UNITED STATES DISTRICT COURT FOR THE
EASTER DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JEANIE RHOADS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:22-CV-01196-SEP |
| | ) | |
| | ) | |
| WEBSTER UNIVERSITY | ) | |
| Defendant. | ) | |

JOINT MOTION TO EXTEND
STIPULATION OF DISMISSAL DEADLINE

COME NOW the parties in this action, through their respective counsel, and move the Court for its Order extending the stipulation of dismissal deadline.

1. This case was resolved on or about October 30, 2025.

2. The terms of the settlement agreement were finalized on or about November 18, 2025, and Plaintiff returned her signed agreement on November 20, 2025.

3. The deadline set by this Court to file a stipulation of dismissal is December 1, 2025.

4. The parties would request an extension until December 30, 2025 to file such dismissal to give time for payment to be received, particularly in light of the upcoming holiday.

WHEREFORE, the parties respectfully request an Order extending the deadline to file a stipulation of dismissal to December 30, 2025.

| WHITE, GRAHAM, BUCKLEY, & CARR L.L.C. | QUARLES & BRADY, LLC |
|---|---|
| By: /s/ Taylor M. Arri | By: /s/ *Camille Roe* |
| Gene P. Graham                #34950 | Travis Kearbey        #58964 |
| Deborah J. Blakely            #47138 | Camille L. Roe        #65142 |
| Taylor Arri                   #72685 | 300 N. LaSalle St, Ste 4000 |
| 19049 E. Valley View Pkwy, Suite C | Chicago, IL 60654 |
| Independence, Missouri 64055 | 312.715.2731 |
| Tel: 816-373-9080  Fax: 816-373-9319 | camille.roe@quarles.com |
| Email: ggraham@wagblaw.com | travis.kearbey@quarles.com |
| Email: dblakely@waglaw.com | |
| Email: tarri@wagblaw.com | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed via the Court's ECF on this 25th day of November, 2025 which sent notification to all counsel of record.

/s/ Taylor M. Arri