IN THE UNITED STATES DISTRICT COURT FOR THE
EASTER DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JEANIE RHOADS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:22-CV-01196-SEP |
| | ) | |
| | ) | |
| WEBSTER UNIVERSITY | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE VOLUNTARY DISMISSAL

COMES NOW Plaintiff, by and through her attorneys of record, and moves this Court for its order granting Plaintiff permission to file her voluntary dismissal of the above captioned case.

1.     This case was resolved on or about October 30, 2025.

2.     The terms of the settlement agreement were finalized on or about November 18, 2025, and Plaintiff returned her signed agreement on or about November 20, 2025.

3.     Plaintiff received payment on or about December 19, 2025.

WHEREFORE, Plaintiff requests an order from this Court allowing her to file her voluntary dismissal of this case, and agrees that all matters in the above captioned case have been resolved.

WHITE, GRAHAM, BUCKLEY, & CARR L.L.C.

By:  /s/ Taylor M. Arri_____
Gene P. Graham                    #34950
Deborah J. Blakely               #47138
Taylor Arri                           #72685
19049 E. Valley View Pkwy, Suite C
Independence, Missouri 64055
Tel:  816-373-9080  Fax: 816-373-9319
Email: ggraham@wagblaw.com
Email: dblakely@waglaw.com
Email: tarri@wagblaw.com

ATTORNEYS FOR PLAINTIFF


CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed via the Court's ECF on this 29th day of December, 2025 which sent notification to all counsel of record.

/s/ Taylor M. Arri